Randy L. VALENTINE, Plaintiff—
Appellant,

v.

J.T. BURGESS, Detective,
Defendant—Appellee.

No. 06–6025.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 30, 2006.

Decided: April 10, 2006.

Randy L. Valentine, Appellant Pro Se. W. Howard Boyd, Jr., Jennifer D. Eubanks, Gallivan, White & Boyd, P.A., Greenville, South Carolina, for Appellee.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Randy L. Valentine appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Valentine v. Burgess*, No. CR–05–1157 (D.S.C. Dec. 20, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*